# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdirahmaan Abdalah Gaafow

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood, James Tadman

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00034-PAM-SGE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

Date: 1/15/2026

KATE M. FOGARTY, CLERK